**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **Walter Rehse, Jr.** | **C.A. 08-287ML** |
| **Bradley Davis** | **C.A. 08-288ML** |
| **Lonnie Corona** | **C.A. 08-289ML** |
| **Rebecca McDonald** | **C.A. 08-290ML** |

**V.**

**Davol, Inc.**
**C.R. Bard, Inc.**

**ORDER**

**The above cases are related to those cases that comprise the In Re: Kugel Mesh Hernia Patch Litigation, MDL Case No. 07-1842ML. These cases are therefore consolidated for pretrial purposes with MDL Case No. 07-1842ML, and all further proceedings shall be governed by the provisions of Practice and Procedure Order Numbers 1-12 as well as any additional Practice and Procedure Orders entered by the Court in the future.**

**SO ORDERED:**

Mary M. Lisi

**Mary M. Lisi**
**Chief United States District Judge**
**August 4 , 2008**